EVANSTON INSURANCE COMPANY, Respondent, v PO WING HONG FOOD MARKET, INC., Defendant and Third-Party Plaintiff-Appellant. STERLING & STERLING, INC., Third-Party Defendant-Respondent.

Submitted December 5, 2005; decided February 14, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied the motion to strike Sterling & Sterling, Inc.'s brief, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

LEE LONG, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 5, 2005; decided February 14, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of renewal, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted January 17, 2006; decided February 14, 2006

Motion to bifurcate capital appeal denied.

PEPI SCHAFLER, Formerly Known as PEPI SUMMER, Appellant, v HSBC BANK USA, Formerly Known as MARINE MIDLAND BANK, N.A., et al., Respondents.

Submitted December 19, 2005; decided February 14, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.